No. 13,264.

D. F. BLACKMER FURNITURE AND CARPET COMPANY ET AL.
v. BLACKMER.
(21 P. [2d] 181)

Decided April 10, 1933.

Mr. CHARLES E. FRIEND, for plaintiffs in error.

Messrs. VAN CISE & ROBINSON, Mr. KENNETH W. ROBINSON, Mr. BENJAMIN E. SWEET, for defendant in error.

*In Department.*

MR. JUSTICE BOUCK, sitting for MR. JUSTICE BUTLER, delivered the opinion of the court.

BY writ of mandamus the district court required the plaintiffs in error, a corporation, and its officers, to permit the defendant in error, Mrs. Blackmer, who alleged that she is one of its stockholders, to inspect the corporate records in accordance with the right conferred upon stockholders by statute. A controversy about the title to the stock claimed by Mrs. Blackmer has just been decided in her favor by this court in *Blackmer v. Black-*

*mer,* 92 Colo. 414, 21 P. (2d) 180. The lower court was therefore right.

Judgment affirmed.

MR. CHIEF JUSTICE ADAMS and MR. JUSTICE MOORE concur.